UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>       Plaintiff,<br><br>  -against-<br><br>GREEN GROCERY SHOPPING BAG,<br><br>       Defendant. | 24-CV-0280 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 21, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 21, 2024
     New York, New York

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                   Chief United States District Judge